

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2022

No. 04-21-00021-CV

Nancy **ALANIS**,
Appellant

v.

**U.S BANK NATIONAL ASSOCIATION**, as successor trustee to Bank of America, National Association, as successor by Merger to Lasalle Bank, M.A., as trustee for the MLMI Trust Series 2006-He6, Nationstar Mortgage, LLC d/b/a Mr. Cooper,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-01238
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

Appellant timely filed a motion for rehearing and a motion for en banc reconsideration. Each contains the required certificate of compliance; each reports a count of 11,123 words.

Appellant's motion for rehearing and motion for en banc reconsideration exceed the maximum length for a motion for rehearing: 4,500 words. *See* TEX. R. APP. P. 9.4(i)(2)(D); *see also id.* R. 9.4(i)(1) ("Contents Included and Excluded").

Subsequently, Appellant filed a motion to extend the word limits for her motion for rehearing and her motion for en banc reconsideration.

Appellant's motion to extend the word limits is DENIED.

We STRIKE Appellant's motion for rehearing and motion for en banc reconsideration. If Appellant wishes to file amended motions, we ORDER Appellant to file the motions within TEN DAYS of the date of this order. Any amended motions must fully comply with the applicable rules. *See, e.g., id.* R. 9.4, 9.5, 49.1, 49.5.

FILE COPY

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2022.

MICHAEL A. CRUZ, Clerk of Court